2010R00186/SLM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10- 618 |
| | : | |
| v. | : | 26 U.S.C. § 7201 |
| | : | |
| LESLIE WOFFORD aka/ "Wajeedah Abu-Bakr | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

<u>COUNTS 1 TO 5</u>

1. At all times relevant to Counts 1 to 5 of this Information, defendant LESLIE WOFFORD was a resident of New Jersey and was employed as a Newark Police Department Communications Clerk at the City of Newark in Newark, New Jersey.

<u>Affirmative Acts of Evasion</u>

2. On or about December 12, 2001, defendant LESLIE WOFFORD filed with her employer, the City of Newark, an Internal Revenue Service ("IRS") Form W-4 ("Form W-4") falsely claiming 99 exemptions from withholding, thereby causing no federal income tax to be withheld from the salary of defendant LESLIE WOFFORD. Defendant LESLIE WOFFORD maintained the fraudulent Form W-4 filed on December 12, 2001, during the calendar years 2002, 2003, 2004, 2005 and 2006, and through in or about November 2007.

3. In or about November 2007, based on notification from the IRS, the City of Newark began withholding federal income tax

from defendant LESLIE WOFFORD.

4.  On or about March 31, 2008, defendant LESLIE WOFFORD filed with the City of Newark a Form W-4 falsely claiming 99 exemptions from withholding, thereby causing no federal income tax to be withheld from the salary of defendant LESLIE WOFFORD. The fraudulent Form W-4 filed on March 31, 2008, was maintained by defendant LESLIE WOFFORD for the remainder of the calendar year 2008.

5.  On or about the dates set forth below, in Essex County, in the District of New Jersey, and elsewhere, defendant

LESLIE WOFFORD

did knowingly and willfully attempt to evade and defeat a substantial tax due and owing by her to the IRS for the calendar years set forth below by failing to file a U.S. individual income tax return with the IRS on or before the dates set forth below,

as required by law, and by filing and maintaining fraudulent Forms W-4 with the City of Newark:

| COUNT | CALENDAR YEAR | WAGES | TAXABLE INCOME | TAX OWED | DATE OF OFFENSE |
|---|---|---|---|---|---|
| 1 | 2004 | $45,065 | $35,228 | $5,428 | 4/15/05 |
| 2 | 2005 | $48,099 | $39,935 | $6,639 | 4/17/06 |
| 3 | 2006 | $54,426 | $46,017 | $8,057 | 4/16/07 |
| 4 | 2007 | $55,343 | $46,645 | $8,076 | 4/15/08 |
| 5 | 2008 | $65,846 | $59,059 | $8,179 | 4/15/09 |

In violation of Title 26, United States Code, Section 7201.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2010R00186

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

LESLIE WOFFORD

# INFORMATION FOR
26 U.S.C. § 7201

**PAUL J. FISHMAN**
U.S. ATTORNEY NEWARK, NEW JERSEY

SANDRA L. MOSER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2729