UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA    :

       Plaintiff,    :

                              CR. Action No. 10-618-01 (SDW)

                      :

v.                       O R D E R

                      :

LESLIE WOFFORD
*a/k/a Wajeedah AbuBakr*    :
       Defendant.

This matter having come before the Court by Defendant LESLIE WOFFORD, requesting this Court to delay his surrender date;

It is on this 22nd day of March, 2011 ORDERED that the defendant's surrender date is extended to May 23, 2011, at which time she is to surrender to the institution as designated by the Bureau of Prisons.

                                    SUSAN D. WIGENTON, U.S.D.J.